```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BROCK CAPITAL GROUP LLC and BROCK
SECURITIES LLC,

                Plaintiffs,

        - against -                              ORDER

SAAD SIDDIQUI and 9626751 CANADA INC.
O/A SHOP BONSAI                               21 Civ. 2070 (NRB)

                Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated January 19, 2022 and January 20, 2022, as well as having held an extensive conference on December 1, 2021 following review of a prior set of pre-motion letters, the Court has determined that defendants may bring their motions without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motions to the filing of defendants' replies.

Dated:   New York, New York
         January 21, 2022

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1